```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

            SEP 2 4 2020

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-o0o-

UNITED STATES OF AMERICA,        )
                                 )
Plaintiff,                       )     Case No.:  2:10-mj-570-GWF
                                 )
vs.                              )     **ORDER**
                                 )
JOEL A. MCMILLIN,                )
                                 )
Defendant.                       )

On January 12, 2011, the defendant plead guilty to Count 1 of the Complaint, Illegal Hunting, 36 C.F.R. § 2.2(a)(1). Pursuant to the plea agreement, the defendant paid restitution in the amount of $500.00 to the National Park Service.

**IT IS HEREBY ORDERED** that the Finance Department for the U.S. District Court for the District of Nevada is to send the restitution payment of $500.00 to the Department of Interior Restoration Fund, IBC Div. of Financial Management, Mail Stop D-2770, 7401 West Mansfield Avenue, Lakewood, Colorado 80235.

DATED this 24th day of September 2020.

_____
ELAYNA J. YOUCHAH
United States Magistrate Judge